IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **INNOVATE LOAN SERVICING CORPORATION,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:21-cv-00516-P |
| **E-Z AUTO FINANCE, INC.,** | § § § | |
| Defendant. | § | |

### ORDER

This case was removed on April 8, 2021. ECF No. 1. Pursuant to Local Rule 81.2, within 21 days after the notice of removal is filed, the plaintiff "shall file a separately signed certificate of interested persons that complies with LR 3.1(c) or 3.2(e)." N.D. TEX. L.R. 81.2. This local rule even permits the plaintiff to adopt another party's previously-filed certificate when appropriate. *Id.*

Having considered the docket entries in this case, the Court finds that as of the date of this order, Plaintiff has failed to file a certificate of interested persons to as required by Local Rule 81.2. ECF No. 1. This Court requires that litigants exercise strict compliance with the Rules. Accordingly, it is **ORDERED** that this case is **DISMISSED without prejudice.**

**SO ORDERED** on this **3rd day** of **May, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE