IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| INNOVATE LOAN SERVICING CORPORATION,  §§§§§ | |
| Plaintiff, § | |
| v. § | Civil Action No. 4:21-cv-00516-P |
| E-Z AUTO FINANCE, INC., §§§ | |
| Defendant. § | |

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing the case (ECF No. 4):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without prejudice**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **3rd day** of **May, 2021**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE